# Schnader

Thomas F. Giordano
Direct Dial 212-973-8120
E-mail: tgiordano@schnader.com

July 31, 2014

**VIA E-MAIL**

Honorable Lois H. Goodman, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State Street
Trenton, NJ  08608

      Re:   Federal Insurance Company v. DTC Engineers, et al.
            USDC for the District of New Jersey
           <u>Docket # 3:13-cv-07257-JAP-LHG</u>

Dear Judge Goodman:

      I am writing on behalf of all parties to provide the Court with a status update pursuant to Your Honor's text order of July 3, 2014.

      The mediation session previously scheduled for July 29, 2014, has been adjourned, at defendants' request, to allow additional time for their review and evaluation of Federal's detailed factual and financial submissions.

      Mediator Meisel is of the opinion that it would be fruitful to conduct a further mediation session. Upon consultation, the parties and Mr. Meisel have agreed to continue the mediation during the week beginning September 15, 2014.

      Accordingly, the parties respectfully request that the Court continue to hold discovery in this matter in abeyance, through September 19, 2014.

      Respectfully submitted,

      Thomas F. Giordano

TFG:jc

cc:   Thomas M. Madden, Esq.
      Michael Meisel, Esq.

Schnader Harrison Segal & Lewis LLP